**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)** | * | |
| v. | * | Civil Case No.:   GLR-16-810 |
| J.A. SUBWAY, INC. and<br>JAMIU LAWAL | * | |
| **Defendant(s)** | *<br>****** | |

**ORDER OF DEFAULT**

It appearing from the records that the summons and Complaint were properly served upon the above named Defendants on   May 3  , 20 16  .  The time for the Defendants to obtain counsel or otherwise defend expired on   May 24 , 20 16   and that said Defendants have failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that the default for want of answer or other defense by said Defendant is entered this   22nd   day of   June  , 20 16   .

FELICIA C. CANNON, CLERK

By:        /s/
*K. A. Moye'*
*Deputy Clerk*