IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case 1:16-cv-0810 |
| ) | |
| v. ) | |
| ) | |
| J.A. SUBWAY, INC., and JAMIU LAWAL, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **JUDGMENT**

In accordance with the Court's September 23, 2016 Order (D.E. No. 15), judgment is hereby entered against J.A. Subway in the amount of $267,687.11 as of August 31, 2016 plus statutory interest accruing thereafter according to law for unpaid federal employment taxes for the taxable periods ending March 31, 2004, through March 31, 2015, inclusive; and for unpaid federal unemployment taxes for the taxable periods ending December 31, 2004, through December 31, 2013, inclusive.

ENTERED this _____ day of _____, 20__.

_____
CLERK