```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. GLR-16-810 |
| J.A. SUBWAY, INC. et al., | : |
| Defendants. | : |

**<u>ORDER TO SHOW CAUSE</u>**

THIS MATTER is before the Court on Plaintiff United States of America's Motion for Order Directing Defendants to Show Cause (ECF No. 19). Upon consideration of the Motion, it is this 12th day of May, 2017 hereby:

ORDERED that Plaintiff's Motion (ECF No. 19) is GRANTED;

IT IS FURTHER ORDERED that Defendant Jamiu Lawal appear before the Honorable George L. Russell, III at the U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland, 21201 on the 24th day of July, 2017 at 9:30 a.m. to show cause why he and Defendant J.A. Subway, Inc. should not be held in contempt for failing to comply with the Court's September 23, 2016 permanent injunction (ECF No. 15);

IT IS FURTHER ORDERED that Plaintiff personally serve a copy of this Order on Lawal; and

IT IS FURTHER ORDERED that Plaintiff file with the Court an affidavit of service at least five days before the show cause hearing.

/s/
_____
George L. Russell, III
United States District Judge