```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,         :
     Plaintiff,                   :
v.                                :   Civil Action No. GLR-16-810
J.A. SUBWAY, INC., et al.         :
     Defendants.                  :
```

### ORDER

Today, the Court held a show cause hearing regarding Defendant Jamiu Lawal's failure to comply with the Court's September 23, 2016 Default Judgment and Order for Permanent Injunction (ECF No. 15). For the reasons stated on the record in open court, it is this 24th day of July, 2017 hereby:

ORDERED that today's show cause hearing is CONTINUED until Wednesday, August 30, 2017 at 2 p.m.;

IT IS FURTHER ORDERED that Lawal appear before the Honorable George L. Russell, III at the United States Courthouse, 101 West Lombard Street, Baltimore, Maryland, 21201 on August 30, 2017 at 2:00 p.m. to show cause why he should not be held in contempt for failing to comply with the Court's September 23, 2016 Order (ECF No. 15);

IT IS FURTHER ORDERED that Lawal shall consult with the Office of the Federal Public Defender for the District of Maryland to determine whether he is eligible for the Office's representation in this matter;

IT IS FURTHER ORDERED that within 14 days of the date of this Order, Lawal shall notify the Court whether he will proceed with counsel from the Federal Public Defender's Office or private counsel, or whether he will be proceed without counsel; and

IT IS FURTHER ORDERED that within 5 days of the date of this Order, Plaintiff United States of America personally serve a copy of this Order on Lawal and provide the Court with an affidavit of personal service;

IT IS FURTHER ORDERED that no later than 7 days before the August 30, 2017 hearing, the parties shall submit a joint status report.

                                          /s/
                                  _____
                                  George L. Russell, III
                                  United States District Judge