================================================================

# *UNITED STATES DISTRICT COURT*
--------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                          CASE NUMBER:  GLR-16-0810

JAMIU LAWAL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Jamiu Lawal.  I certify that I am eligible to practice in this court.

Date: July 25, 2017

/s/
SEDIRA S. BANAN #804819
Assistant Federal Public Defender
Tower II - 9TH Floor
100 South Charles Street
Baltimore, Maryland  21201
(410)  962-3962 (t)
(410)  962-0872 (f)
Sedira_Banan@fd.org