IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|     w                                                    ) | Case No. 1:16-cv-0810 |
|     Plaintiff,                                        ) | |
|     v.                                                     ) | |
| J.A. SUBWAY, INC. and JAMIU LAWAL,  ) | |
|     Defendants.                                  ) | |

**JOINT MOTION TO CONTINUE HEARING**

The parties jointly move to continue for at least 45 days the hearing scheduled to be held on **August 30, 2017 at 2:00 p.m.** In support thereof, the parties aver as follows:

1. On May 5, 2017, the United States filed a Motion for an Order Directing Defendants to Show Cause why they should not be held in contempt for their failure to comply with the Court's order of permanent injunction. Dkt. No. 19.

2. A hearing on the United States' motion was held on July 24, 2017, and was continued to August 30, 2017 to allow Defendant Jamiu Lawal to consult with counsel. Dkt. No. 23.

3. The parties are currently attempting to resolve this issue without further litigation, and respectfully request an additional 45 days to allow Mr. Lawal time to cure his contempt, and for any federal employment tax payments made by him via check or money order to post to his account.

4. No party will be prejudiced by continuance of the scheduled hearing.

WHEREFORE, the parties jointly request the hearing scheduled to be held on August 30, 2017 be continued for at least 45 days.

DATED:  August 28, 2017                                    Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

STEPHEN SCHENNING
Acting United States Attorney

/s/*Joycelyn S. Peyton*
JOYCELYN S. PEYTON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel:  202-514-6576
Fax:  202-514-6866
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*

SEDIRA S. BANAN
Office of the Federal Public Defender
100 S. Charles St., Tower II, 9th Fl.
Baltimore, MD 21201
Sedira_banan@fd.org
*Counsel for Defendant Jamiu Lawal*