IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:16-cv-0810 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| J.A. SUBWAY, INC. and JAMIU LAWAL, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT DATED OCTOBER 17, 2017**

On October 13, 2017, this Court asked the parties to submit this joint status report regarding the show cause hearing scheduled to take place on October 26, 2017. The parties' separate statements follow.

I. *Plaintiff's Statement*

1. On August 28, 2017, the parties jointly moved to continue the previous show cause hearing scheduled to take place on August 30, 2017 because the parties were attempting to resolve Defendants' contempt without further litigation. Dkt. No. 26. In furtherance thereof, counsel for the United States:

    a. Consulted with counsel for Mr. Lawal and requested that he provide payroll records for July and August 2017 in order to verify that Mr. Lawal fully paid the federal employment tax deposits due for those months, as required by the Court's permanent injunction;

    b. Consulted with Internal Revenue Officer Kinaberly Sauls to track down a payment of $1,151.00 that Mr. Lawal claims that he made via a cashier's check in June; and

    c. Informed Mr. Lawal of the total amount due in federal employment taxes, calculated from the date he was served with a copy of the injunction, so that he could attempt to cure the contempt by paying the amount due in full before the next show cause hearing.

2. On September 25, 2017, Mr. Lawal provided counsel for the United States with copies of the payroll records for July and August. Based on those records, it appears that Mr. Lawal fully paid the tax deposit due for August. However, the tax deposit due for September ($795.30) was returned by J.A. Subway's bank for insufficient funds, and there is presently no evidence that Mr. Lawal has made that payment.

3. The cashier's check of $1,151.00, which Mr. Lawal claims that he made in June 2017 has not posted to the J.A. Subway tax account. Counsel for the United States asked Mr. Lawal to provide proof of the payment on October 5, 2017 so that the United States could attempt to locate the payment. As of the filing of this status report, Mr. Lawal has not provided the requested proof of payment.

4. In order to cure their contempt of this Court's permanent injunction, Defendants must pay a total amount of $5,201.25 for the first quarter of 2017, and $2,430.35 for the second quarter of 2017[1], calculated as of September 25, 2017. In addition, Mr. Lawal must also now pay the failed

---

[1] This does not include Mr. Lawal's alleged payment of $1,151.00 because the United States has not been able to verify that such a payment was made.

September tax deposit.[2]  The United States has not received any information about what efforts, if any, Mr. Lawal has made or is making to cure the contempt.

5. In light of the foregoing, Mr. Lawal should be held in contempt of court for failure to comply with the permanent injunction entered by this Court on September 23, 2016. Accordingly, the United States is prepared to proceed with the show cause hearing scheduled to take place on October 26, 2017.

II. *Defendant Jamiu Lawal's Statement*

6. Mr. Lawal does not object to the government's statement. Mr. Lawal endeavors to cure the contempt before the October 26, 2017 show cause hearing.

//

//

//

---

[2] The United States has not yet verified whether Mr. Lawal made the tax deposit that was due on October 15, 2017.  If the October tax deposit was not made, that amount must also be paid in order to cure Defendants' contempt.

DATED:  October 17, 2017	Respectfully submitted,

        DAVID A. HUBBERT
        Acting Assistant Attorney General

        STEPHEN SCHENNING
        Acting United States Attorney

        /s/*Joycelyn S. Peyton*
        JOYCELYN S. PEYTON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 227
        Washington, D.C.  20044
        Tel:  202-514-6576
        Fax:  202-514-6866
        Joycelyn.S.Peyton@usdoj.gov
        *Counsel for the United States*

        /s/*Sedira S. Banan*
        SEDIRA S. BANAN
        Office of the Federal Public Defender
        100 S. Charles St., Tower II, 9th Fl.
        Baltimore, MD 21201
        Sedira_banan@fd.org
        *Counsel for Defendant Jamiu Lawal*