IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.A. SUBWAY, INC. and JAMIU LAWAL, )<br>)<br>)<br>Defendants. )<br>_____ ) | Case No. 1:16-cv-0810 |

## ORDER TO SHOW CAUSE

Upon the second motion of the United States and the Declarations of Joycelyn S. Peyton and Revenue Officer Kinaberly Sauls, it is hereby

ORDERED that Defendant Jamiu Lawal shall appear before the Honorable George L. Russell, in that Judge's courtroom in the United States Courthouse, 101 West Lombard Street, Baltimore, Maryland on the __13th__ day of __July__, 2018, at __9:30__ a.m., to show cause why Defendants should not be held in contempt for failure to comply with the permanent injunction entered on September 23, 2016. Dkt. No. 15.

It is further ORDERED that:

1. If Defendants have any defense to present or opposition to the motion, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States, at least [14] days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least 5 days prior to the date set for the show cause hearing.

2. At the show cause hearing, only those issues brought into controversy by the responsive pleadings and factual allegations supported by affidavit will be considered. Any uncontested allegation in the motion will be considered admitted.

3. Defendants are hereby notified that failure to comply with this Order may subject them to sanctions for contempt of court.

4. The Plaintiff shall serve a copy of the order on the Defendants and file an affidavit of service within 21 days in compliance with the Federal Rules of Civil Procedure. GLR

DONE and ORDERED at _____ this 22nd day of May, 2018.

Hon. GEORGE L. RUSSELL, III
United States District Judge