IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. GLR-16-810 |
| J.A. SUBWAY, INC., et al., | : | |
| Defendants. | : | |

## **ORDER**

Today, the Court held a show cause hearing regarding Defendant Jamiu Lawal's failure to comply with the Court's September 23, 2016 Default Judgment and Order for Permanent Injunction (ECF No. 15) and Defendants J.A. Subway, Inc. and Lawal's Notice of Filing of Bankruptcy (ECF No. 34).  For the reasons stated on the record in open court, it is this 20th day of August, 2018, by the United States District Court for the District of Maryland, hereby:

ORDERED that today's show cause hearing is CONTINUED until Thursday, September 27th, 2018 at 11:30 a.m.;

IT IS FURTHER ORDERED that Lawal appear before the Honorable George L. Russell, III at the United States Courthouse, 101 West Lombard Street, Courtroom 7A, Baltimore, Maryland, 21201 on September 27th at 11:30 a.m. to show cause why he should not be held in contempt for failing to comply with the Court's September 23, 2016 Order (ECF No. 15); and

IT IS FURTHER ORDERED that the Clerk MAIL a copy of this Order to J.A.

Subway, Inc. and Lawal at 632 South Broadway, Baltimore, Maryland 21231 and Lawal at 8604 Polly Hill Court, Windsor Mill, Maryland 21244.

/s/
_____
George L. Russell, III
United States District Judge